Case No. 12-56350

# United States Court of Appeals for the Ninth Circuit

XL Specialty Insurance Company, *et al.*,
Plaintiffs/Counter-Defendants—Appellees

v.

Michael W. Perry, *et al.*,
Defendants/Counterclaimants—Appellants

_____

On Appeal from the United States District Court
for the Central District of California (Judge R. Gary Klausner),
Case No. 2:11-cv-02078-RGK-JCG

**BRIEF OF APPELLANT A. SCOTT KEYS**

WILLKIE FARR & GALLAGHER LLP
GREGORY S. BRUCH
Email: gbruch@willkie.com
JESSICA L. MATELIS
Email: jmatelis@willkie.com
1875 K Street, N.W.
Washington, District of Columbia 20006-1238
Phone: (202) 303-1000
Fax: (202) 303-2000

*Attorneys for Defendant/Counterclaimant-Appellant A. Scott Keys*

## TABLE OF CONTENTS

**Page(s)**

INTRODUCTION ...................................................................................................1

JURISDICTIONAL STATEMENT .......................................................................1

ISSUES PRESENTED ............................................................................................2

STANDARD OF REVIEW .....................................................................................2

STATEMENT OF THE CASE................................................................................2

STATEMENT OF RELEVANT FACTS ................................................................2

SUMMARY OF ARGUMENT ...............................................................................3

CONCLUSION ........................................................................................................4

# TABLE OF AUTHORITIES

**Page(s)**

## FEDERAL CASES

*Securities & Exchange Commission v. Perry*, No. CV-11-1309 R, 2012 U.S. Dist. LEXIS 760018 (C.D. Cal. May 31, 2012) .................................................. 3

## FEDERAL STATUTES

28 U.S.C. § 1291 ............................................................................................... 2

28 U.S.C. § 1332 ............................................................................................... 1

## FEDERAL RULES

Fed. R. App. P. 4(a)(1)(A) ................................................................................ 1

Fed. R. App. P. 32(a)(7)(C) .............................................................................. 5

## INTRODUCTION

As explained in the Trustee's brief, the District Court erred in its construction of the Interrelated Wrongful Acts Exclusions and, consequently, in granting summary judgment for the appellee insurers (the "Insurers"). Further, Defendant/Counterclaimant-Appellant Michael W. Perry explains in his brief why the exclusions similarly do not bar coverage for defense costs incurred in the case titled *Securities & Exchange Commission v. Michael W. Perry and A. Scott Keys*, No. CV-11-1309 R (C.D. Cal.) (the "SEC Litigation"). Mr. Keys joins in both the Trustee's brief and Mr. Perry's brief.

## JURISDICTIONAL STATEMENT

Mr. Keys appeals from the June 27, 2012 Order of United States District Court Judge R. Gary Klausner, granting the Insurers' motion for summary judgment and denying the motion for summary judgment filed by Defendant/Counterclaimant-Appellant Michael W. Perry and joined by Mr. Keys. ER:10-20. The final judgment was entered on July 2, 2012, and disposed of all parties' claims. ER:21-24. Mr. Keys filed a timely notice of appeal of the District Court's judgment on July 20, 2012. ER:86-110. *See* Fed. R. App. P. 4(a)(1)(A).

The District Court had jurisdiction pursuant to 28 U.S.C. § 1332 because there is complete diversity between the Insurers and the parties claiming coverage under the Tower 2 Policies, the amount in controversy exceeds $75,000, exclusive of interest

1

and costs, and there is an actual controversy between the parties. This Court has appellate jurisdiction pursuant to 28 U.S.C. § 1291.

## ISSUES PRESENTED

Mr. Keys incorporates by reference the statement of issues as set out in Mr. Perry's brief and the issues presented in the Trustee's brief.

## STANDARD OF REVIEW

Mr. Keys incorporates by reference the Trustee's explanation that the Court should review this matter *de novo* and that the Interrelated Wrongful Acts Exclusions only apply under applicable California law if the Insurers prove that they unambiguously preclude coverage for a claim.

## STATEMENT OF THE CASE

Mr. Keys incorporates by reference the Trustee's description of the nature of the case, the course of proceedings, and the disposition below.

## STATEMENT OF RELEVANT FACTS

Mr. Keys incorporates by reference the Statement of Facts set out in Mr. Perry's brief as well as the Statement of Facts in the Trustee's brief, subject to the clarifications below.[1]

---

[1] Mr. Keys also agrees with the description of IndyMac Bancorp, Inc.'s insurance coverage, as described in the Trustee's brief but disputes any aspect of the Statement of Facts in the Trustee's brief that suggests Mr. Keys engaged in any wrongdoing. Mr. Keys also disputes the Statement of Facts in the Trustee's brief to the extent it suggests that Mr. Perry engaged in any wrongdoing.

2

As Mr. Perry states in his brief, Messrs. Keys and Perry were named as defendants in the SEC Litigation, which was filed on February 11, 2011. Mr. Keys gave notice to the Tower 2 carriers of circumstances that may give rise to a claim by the SEC on February 25 and 27, 2009. ER: 1669-1679.

Mr. Keys took a medical leave of absence from IndyMac Bancorp, Inc. and ceased acting as Chief Financial Officer effective April 25, 2008. Therefore, the allegations in the SEC complaint from April 25, 2008 onward, including the allegations related to the Form 10-Q filing on May 12, 2008, were not levied against Mr. Keys. ER: 1146-1172. In May 2012, the District Court granted summary judgment and dismissed all claims against Mr. Keys. *SEC v. Perry*, No. CV-11-1309 R, 2012 U.S. Dist. LEXIS 760018 (C.D. Cal. May 31, 2012). The SEC did not appeal the court's order and the deadline for any appeal has passed.

## SUMMARY OF ARGUMENT

Mr. Keys incorporates by reference the Summary of Argument and the Argument set out in Mr. Perry's brief.

## CONCLUSION

For the reasons stated in the briefs of the Trustee and Mr. Perry, Mr. Keys respectfully requests that this Court reverse the judgment below and remand the case to the District Court with instructions to enter judgment in his favor.

Dated:  April 22, 2013	WILLKIE FARR & GALLAGHER LLP


	By: /s/Jessica L. Matelis	
		JESSICA L. MATELIS


	*Counsel for Defendant/Counterclaimant-Appellant
	A. Scott Keys*

# CERTIFICATION OF COMPLIANCE

I certify that, pursuant to Fed. R. App. P. 32(a)(7)(C) and Ninth Circuit Rule 32-1, the attached Appellants' Opening Brief is proportionally spaced and has a typeface of 14 points. According to the word processing software used to prepare the brief, the brief – including both text and footnotes, and excluding this Certificate of Compliance, the cover page, the Table of Contents, the Table of Authorities, the Statement of Related Cases, and the Certificate of Service – contains 670 words.

Dated:  April 22, 2013          WILLKIE FARR & GALLAGHER LLP

                                By: /s/Jessica L. Matelis
                                    JESSICA L. MATELIS

                                *Counsel for Defendant/Counterclaimant-Appellant A. Scott Keys*

## STATEMENT OF RELATED CASES

Pursuant to Ninth Circuit Rule 28-2.6, A. Scott Keys is not aware of any related cases pending in this Court other than the lead case (No. 12-56275) under which this case (No. 12-56350) is listed as a member, and the other member cases (Nos. 12-56296, 12-56311, 12-56337, and 12-56347).

Dated: April 22, 2013          WILLKIE FARR & GALLAGHER LLP

                               By: /s/Jessica L. Matelis
                                   JESSICA L. MATELIS

                               *Counsel for Defendant/Counterclaimant-Appellant
                               A. Scott Keys*